# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

April 4, 2014

Lyle W. Cayce
Clerk

No. 13-20344

CHRISTIAN VALLEJO, individually and on behalf of all similarly situated
current and former employees,

Plaintiff–Appellee

v.

GARDA CL SOUTHWEST, INCORPORATED,

Defendant–Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-555

Before HIGGINBOTHAM, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM:*

In this Fair Labor Standards Act of 1938 action, defendant-appellant
Garda CL Southwest, Inc., appeals the district court's denial of a motion to
enforce the arbitration clause of a putative collective bargaining agreement as
to three intervenors, finding that the motion presented material issues of fact.

We AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.